AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:05CR00145-001 |
| BRANDON O. SMITH ) | USM No: 04397-095 |
| ) | Richard M. Upton |
| Date of Previous Judgment: December 13, 2006 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  [X  the defendant   [ ]  the Director of the Bureau of Prisons   [ ]  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.§994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __123__ months **is reduced to** __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __23__           Amended Offense Level: __21__
Criminal History Category: __II__        Criminal History Category: __II__
Previous Guideline Range: __51__ to __63__ months   Amended Guideline Range: __41__ to __51__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[ ]   The reduced sentence is within the amended guideline range.
[ ]   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X]   Other     The mandatory minium sentence is five years on each of Counts one and two, which shall run consecutively.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __12/13/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  January 15, 2009                           _____
                                                        Judge's signature

Effective Date:  _____                       Frank J. Polozola, United States District Judge
         (if different from order date)                 Printed name and title

Doc#45741